BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DRYWALL/LATHING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE, INC., for itself and on behalf of the CARPENTER FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC., and ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER HARRY CROMPE, Individually; CHRISTOPHER HARRY CROMPE, Individually and Doing Business as A T I CONSTRUCTION; A T I CONSTRUCTION,<br><br>Defendants. | No. C 06-1576 MJJ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND ORDER.<br><br>Date: May 30, 2006<br>Time: 2:00 p.m.<br>Courtroom: 11, 19th Floor |

Plaintiffs respectfully submit this Case Management Conference Statement and ask the Court to continue the Case Management Conference set for May 30, 2006 at 2:00 p.m., as Defendants has not filed an answer or otherwise responded to the complaint which was served on March 16, 2006, and for which proof of service was filed before this Court with the Summons on

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

April 5, 2006. Plaintiffs anticipate either settling this case within thirty (30) days or moving for default judgment.

## I.

## DESCRIPTION OF CASE

Plaintiffs are labor organizations within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185) and Trustees representing employee benefit plans created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186) and multi-employer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).

In this action, Plaintiffs seek to compel the Defendant to comply with the Decision and Award of Arbitrator Gerald R. McKay, issued June 6, 2003, pursuant to the terms of a collective bargaining agreement between the parties. Plaintiffs seek an Order of this Court confirming said Award, and making it a Judgment of this Court. Plaintiffs further seek an injunction compelling Defendant to submit to an audit of its books and records to determine if it timely and accurately made fringe benefit contributions and for an order requiring Defendant to pay any and all amount delinquencies found due under the audit as well as interest and liquidated damages thereon. Finally, Plaintiffs seek to enforce the promissory note executed on July 17, 2003 by Defendants wherein Defendants promised to pay then owing contributions, interest and liquidated damages.

## II.

## SUBJECT MATTER JURISDICTION

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29 U.S.C. § 1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185. The jurisdiction of this Court is founded on 28 U.S.C. § 1331. Venue properly lies in this district court because a substantial part of the events and omissions giving rise to these claims occurred in this district, including, but not limited to Defendants' agreement with Plaintiffs, which requires that trust funds contributions are due and payable in the County of San Francisco.

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

## III.

## RELATED CASES PENDING

There are none.

## IV.

## DEFENDANTS HAVE NOT APPEARED

Defendants has not filed an answer or otherwise responded to the complaint which was served on March 16, 2006, and for which proof of service was filed before this Court with the Summons on April 5, 2006. Plaintiffs filed a Request for Entry of Default on April 13, 2006 which was entered by the Clerk of this Court. Subsequent to the filing of the Request for Entry of Default, Defendants contacted Plaintiffs' counsel. Defendant and Plaintiffs are in the process of trying to reach a settlement. If a settlement can not be reached shortly, Plaintiffs anticipate filing a motion for default judgment within thirty (30) days.

## V.

## CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs request that the Court continue the case management conference set for May 30, 2006 for at least 70 days in order for the parties to reach a settlement or Plaintiffs' anticipated motion for default judgment to be heard by this Court.

Dated: May 24, 2006

                                            WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation

                                            By: /s/ Joye Blanscett
                                                  JOYE BLANSCETT
                                                  Attorneys for Plaintiffs

///

///

///

///

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

**ORDER**

IT IS SO ORDERED that the Case Management Conference set for May 30, 2006, at 2:00 p.m. is ~~continued until _____ at 2:00 p.m. and that the parties are ordered to submit a joint case management statement seven (7) days in advance of said conference if the matter has not been dismissed.~~ VACATED.

Dated: 5/25/2006

_____
HONORABLE MARTIN J. JENKINS

112058/422118

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 4 -
CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 24, 2006, I served upon the following parties in this action:

| | |
|---|---|
| A T I Construction<br>873 Calimex Place<br>Nipomo, CA 93444 | Christopher Harry Crompe, Individually and doing business as A T I Construction<br>873 Calimex Place<br>Nipomo, CA 93444 |

copies of the document(s) described as:

CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 24, 2006.

_____
Jilala H. Foley

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 5 -
CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE