BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
KRISTINA L. HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DRYWALL/LATHING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE, INC., for itself and on behalf of the CARPENTER FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC., and ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHRISTOPHER HARRY CROMPE, Individually; CHRISTOPHER HARRY CROMPE, Individually and Doing Business as A T I CONSTRUCTION; A T I CONSTRUCTION,<br><br>      Defendants. | No.   C 06-1576 MJJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>AND ORDER |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs California Drywall/Lathing Industry Labor-Management Cooperation Committee, Inc.,

---

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.   C 06-1576 MJJ

1  for itself and on behalf of the Carpenter Funds Administrative Office Of Northern California, Inc.,
2  and Robert Alvarado, in his capacity as Trustee of the Carpenters Health And Welfare Trust Fund
3  For California; Carpenters Vacation-Holiday Trust Fund For Northern California; Carpenters
4  Pension Trust Fund For Northern California; Carpenters Annuity Trust Fund For Northern
5  California; And Carpenters Training Trust Fund For Northern California, in their capacities as
6  Trustees of Plaintiffs Trust Funds, voluntarily dismiss Christopher Harry Crompe, Individually;
7  Christopher Harry Crompe, Individually and Doing Business as A T I Construction;
8  A T I Construction, in the above-captioned action *without prejudice*.  Said voluntary dismissal
9  without an order of the Court is appropriate, since none of the Defendants have filed an answer or
10 summary judgment in this matter.

12 Dated: June 15, 2006

13                                           WEINBERG, ROGER & ROSENFELD
                                              A Professional Corporation

15                                           By:    /s/
                                                   KRISTINA L. HILLMAN
16                                                 Attorneys for Plaintiffs

112058/424724

6/22/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.   C 06-1576 MJJ